**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6918**

---

SHADRECK ABDUL BASHSHAR KITAYATUTHELEZI, a/k/a
Norman Hayes,

                                        Plaintiff - Appellant,

          versus

WILLIAM D. CATOE, Commissioner, South Carolina
Department   of   Corrections;   LAURIE   F.
BESSINGER,  Warden,  Kirkland  Correctional
Institution; JOYCE BROWN, Warden, MSU-KCI,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   C. Weston Houck, District Judge.
(CA-00-1084-4-12)

---

Submitted:  October 18, 2001        Decided:  October 26, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Shadreck Abdul Bashshar Kitayatuthelezi, Appellant Pro Se.  Henry
Ronald Stanley, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shadreck Kitayatuthelezi appeals the district court's order accepting a magistrate judge's recommendation to deny relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. Although the district court noted that Kitayatuthelezi failed to file timely objections to the magistrate judge's recommendation, it found nonetheless, that Kitayatuthelezi's claims were without merit. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kitayatuthelezi v. Catoe, No. CA-00-1084-4-12 (D.S.C. May 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED